STEVEN G. KALAR
Federal Public Defender
Northern District of California
ANGELA HANSEN
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
Email: Angela_Hansen@fd.org

Counsel for Defendant Mercado-Alvarez

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 18–169 YGR |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO SCHEDULE CHANGE OF PLEA HEARING** |
| v. | |
| JUAN DIEGO MERCADO-ALVAREZ, | **Court:** Courtroom 1, 4th Floor |
| Defendant. | **Hearing Date:** August 9, 2018 |
| | **Hearing Time:** 2:00 p.m. |

This matter was scheduled for a change-of-plea hearing on August 9, 2018, at 2 p.m., but defense counsel was unavailable on that date due to a medical emergency, and the Court therefore vacated the hearing. The parties now agree and wish to reschedule the change-of-plea hearing in this matter for August 16, 2018, at specially set time of 11:30 AM

IT IS SO STIPULATED.

Dated: August 9, 2018

STEVEN G. KALAR
Federal Public Defender
Northern District of California

/S/
ANGELA HANSEN
Assistant Federal Public Defender

Dated: August 9, 2018

ALEX TSE
United States Attorney
Northern District of California

/S/
ANDREW FREDERICK DAWSON
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN DIEGO MERCADO-ALVAREZ,<br><br>Defendant. | **Case No.:** CR 18–169 YGR<br><br>[~~PROPOSED~~] ORDER TO SCHEDULE CHANGE OF PLEA HEARING<br><br>**Court:** Courtroom 1, 4th Floor |

Good cause appearing, IT IS ORDERED that the change-of-plea hearing in this matter shall be heard on August 16, 2018 at specially set time of 11:30 AM

IT IS SO ORDERED.

Dated: August 10, 2018

YVONNE GONZALEZ ROGERS
United States District Judge